# Third District Court of Appeal

## State of Florida

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2411
Lower Tribunal No. 17-21142

_____

**Lazaro Magua,**
Appellant,

vs.

**U.S. Bank, National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

The Law Offices of Erik B. Espinosa, PA, and Erik B. Espinosa (Sunrise), for appellant.

Greenberg Traurig, P.A., and Kimberly S. Mello and Arda Goker (Orlando), for appellee.

Before LINDSEY, HENDON, and BOKOR JJ.

PER CURIAM.

Affirmed.